Clarissa A. Kang, No 210660
Brian D. Murray, No 294100
TRUCKER ✦ HUSS
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: ckang@truckerhuss.com
bmurray@truckerhuss.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARNES,<br><br>        Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>        Defendant. | Case No.: CV 20-1981-GW-MAAx<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

## **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulation of Dismissal with Prejudice filed by Plaintiff David Barnes and Defendant Apple Inc., the Court hereby dismisses the Complaint filed by Plaintiff David Barnes with prejudice. Each party is to bear his or its own attorney's fees and costs.

IT IS SO ORDERED.

DATE: March 19, 2020

Hon. George H. Wu
United States District Judge